FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Terrik Markieth Pullin

**CV112-125**

_____
_____
(Enter above full name of plaintiff or plaintiffs)

v.

Charles B Webster Detention center

_____
_____
(Enter above full name of defendant or defendants)

I.     Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                    Yes _____ No _X_

        If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiffs:   _____
                           _____ N/A _____
             Defendants:   _____
                           _____

        2.   Court (if federal court, name the district; if state court, name the county):
             _____ N/A _____
                                      N/A
        3.   Docket number:   _____

        4.   Name of judge assigned to case:   ____ N/A _____

5.    Disposition
(for example, was the case dismissed?  appealed?  is it still pending?):

_____ N/A _____

6.    Approximate date of filing lawsuit:  _____ N/A _____

7.    Approximate date of disposition:  _____ N/A _____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____   No _____

                                                          N/A

B.    While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?

                                                          Yes _____   No  X

If your answer to B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to previous lawsuit:

      Plaintiffs:  _____
                   _____
                          N/A
      Defendants:  _____
                   _____

2.    Court (name the district):

_____ N/A _____

3.    Docket number:  _____ N/A _____

4.    Name of judge assigned to case:  _____ N/A _____

5.    Disposition
(for example, was the case dismissed?  appealed?  is it still pending?):

_____ N/A _____
                          N/A

6.    Approximate date of filing lawsuit:  _____ N/A _____

2

7.   Approximate date of disposition: _____ N/A _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

N/

C.   As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No X_____

1.   If your answer to C is yes, name the court and docket number for each case:

_____ N/A _____   _____ N/A _____

II.   Place of present confinement: Charles B Webster Detintion Center

A.   Is there a prisoner grievance procedure in this institution? Yes X_ No ____

B.   Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes X_ No ____

C.   If your answer to B is yes:

1.   What steps did you take? I wrote Several Grievance Consering this matter. I spoke to Staff I also wrote letters to caplin Burning, sheriff strength etc.

2.   What was the result? The officers ignored my complaints

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                    Yes _____   No _X_

If yes, what was the result? _Never recived a answer_
_to grievance or letters_ _____
_____
_____

D.  If you did not utilize the prison grievance procedure, explain why not: _____
_I followed the procedures to the best of_ _____
_n koo. lease_ _____


IV.  Parties

(In Item A below, list your name as plaintiff and current address.  Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: _Terrik Ruilin_ _____
    Address:          _1941 Phinizy Rd_ _____
                      _Augusta GA 30906_ _____

(In Item B below, list the defendant's full name, position, place of employment, and current address.  Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant:      _Charle B Webster Detention Center_
    Position:              _Jail - Rhmond County Jails_ ____
    Place of employment:   _Richmond County_ _____
    Current address:       _1941 Phinizy Rd_ _____
                           _Augusta GA 30906_ _____

C.  Additional defendants: _____
_____
_____
_____
_____
_____

4

## V.    Statement of Claim

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

Charles B. Webster Detention Center continue to deprive
me of my rights By preventing me from receiving legal
material, legal Books and access to the law library. By
preventing me access to legal material etc... Also prevents
me from having a fair recurring or reading when dealing with the
courts.

Charles B Webster Detention Center, Rule Book state that I
have the right to be treated fair. It not fair for them to deprive
me of legal material, legal Book and access to the law library
Because I have legal counsel, But they Grant access to
legal material to inmates without counsel

Charles B. Webster Detention center Continue to Open my
incoming mail out of my presents and without my Consent

Charles B Webster Detention center, returns my incoming mail
without giving me a notice, like stated in the rule Book

Charles B. Webster Detention center deprive me of my
rights by not letting me Send out going mail while in Solitary
confidment, stoping me from have compleat access to the
courts and my lawyer and also preventing me from
telling my family of my current conditions.

The living condition and rules and procedures are
unfaire here at charles B webster detention center
and they continue to violate my rights

VI.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_I would like the Courts To: Grant me Terrik_
_Pull.n Twenty Five million Dollars $25,000.000_
_To Allow me complete access to legal material,_
_legal Books; and the law library at Charlas B W Detentor_
_center_
_I want all inmates to be able to send outgoing_
_Mail while in Solitary confinement_
_I want all mail to be open in inmates present_
_unless given Consent By the inmate and if State_
_return mail to sender give notice to inmate_
_of violation rights by sending outgoing mail_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___25___ day of ___8_____, 2_☉/2___ .


Prisoner No. _674358_                    _[signature]_
                                         (Signature of Plaintiff)